# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOHN S. DIEGO,

*Plaintiff*

v.

NANCY A. BERRYHILL (PREVIOUSLY COLVIN),
Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 4:16-05021-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF 20) is GRANTED.
Defendant's Motion for Summary Judgment (ECF 25) is DENIED.
Judgment is entered in favor of Plaintiff.
REMANDED to the Commissioner for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROBERT H. WHALEY on a motion for Summary Judgment (ECF Nos. 20 and 25)

Date: 01/27/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates